Peter Anderson, Esq. (Cal. Bar No. 88891)
    peteranderson@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California  90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendant
SONY MUSIC ENTERTAINMENT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| LOS LOBOS, a California partnership, | Case No. 2:26-cv-218 |
| Plaintiff, | |
| vs. | NOTICE OF REMOVAL |
| SONY MUSIC ENTERTAINMENT, a Delaware corporation d/b/a Sony Masterworks and Milan Entertainment; and DOE 1 through DOE 2, inclusive, | |
| Defendants. | |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that defendant Sony Music Entertainment ("Sony Music"), hereby removes the action described below to the United States District Court for the Central District of California, pursuant to 28 U.S.C. §§ 1441 and 1446.

1.     On December 8, 2025, plaintiff Los Lobos ("Plaintiff") commenced an action in the Superior Court of the State of California, County of Los Angeles, Central District, entitled *LOS LOBOS, a California partnership, Plaintiff, v. SONY MUSIC ENTERTAINMENT, a Delaware corporation d/b/a Sony Masterworks and Milan Entertainment; and Doe 1 through Doe 20, inclusive*, Case No. 25STCV35739 (the "Action").  A copy of Plaintiff's Summons and Complaint in the Action is attached as Exhibit 1 to this Notice of Removal and is incorporated by reference as part of this Notice of Removal.

2.     In accordance with 28 U.S.C. § 1446(b), this Notice of Removal is timely filed with this Court within thirty days of Sony Music's receipt of the Summons and Complaint.  Sony Music first received the Summons and Complaint on December 10, 2025, when Plaintiff caused a copy of the Summons and Complaint to be served on Sony Music's registered agent for service of process.

3.     Removal of the Action is proper under 28 U.S.C. § 1441(a) because there was at the time of filing and there is now complete diversity of citizenship between the parties of interest and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and this Court would have had original jurisdiction of the Action under 28 U.S.C. § 1332 had the action been initially filed in this Court.

4.     There was at the time of filing and there is now complete diversity of citizenship between the parties of interest:

(a)     Plaintiff Los Lobos is a California partnership with its principal place of business in Los Angeles County, California, and the Plaintiff partnership is comprised of David Hidalgo, Louie Pérez, Cesar

Rosas, Conrad Lozano, and Steve Berlin, and each and all of Plaintiff's constituent partners are domiciled in the State of California.

(b)    Defendant Sony Music is a Delaware general partnership with its principal place of business in New York, New York, and the Sony Music partnership is comprised of:

(1)    Sony Music Holdings Inc., which is a Delaware corporation with its principal place of business in New York, New York; and

(2)    USCO Sub LLC, which is a Delaware limited liability company with its principal place of business in New York, New York, and which is wholly owned by Sony Music Holdings Inc., which, as stated above in paragraph 4(b)(1) of this Notice, is a Delaware corporation with its principal place of business in New York, New York.

(c)    Plaintiff's Complaint refers to Sony Music "d/b/a Sony Masterworks and Milan Entertainment."  Both Sony Masterworks and Milan Entertainment are unincorporated divisions of Sony Music and are not juridical entities separate from Sony Music.

(d)    Plaintiff's Complaint names no defendants other than Sony Music, and the citizenship of defendants sued by Plaintiff under the fictitious designations "Does 1-10" is properly disregarded for purposes of removal.  28 U.S.C. § 1441(b).

(e)    Accordingly, there is complete diversity of citizenship and Sony Music is not  a citizen of the State of California, where the Action is pending.

///
///
///

2

5. The matter in controversy exceeds $75,000, exclusive of interest and costs:

(a) In its Complaint, Plaintiff alleges claims for breach of contract by the alleged failure to pay Plaintiff $500,000 to $750,000 in royalties allegedly due Plaintiff with respect to sound recordings of musical performances (Complaint, Ex. 1, at 6 ¶ 20), and for an accounting for the allegedly due royalties (*id.* at 7-8 ¶¶ 26-28).

(b) In its Complaint, Plaintiff prays for damages "in an amount to be proven at trial, but in no event less than $500,000" (*id.* at 8 ¶ 1).

(c) Plaintiff's claim for at least $500,000 in damages establishes that the amount in controversy exceeds $75,000, exclusive of interest and costs.

6. The following Summons and Complaint and documents that were attached to it are the only process, pleadings, or orders in the Action that have been served upon Sony Music:

(a) The Summons and Complaint, a true and correct copy of which is attached to this Notice of Removal as Exhibit 1;

(b) Notice of Case Assignment, Unlimited Civil Case, a true and correct copy of which is attached to this Notice of Removal as Exhibit 2;

(c) Superior Court of California, County of Los Angeles, Alternative Dispute Resolution (ADR) Information Package, a true and correct copy of which is attached to this Notice of Removal as Exhibit 3; and

(d) Civil Case Cover Sheet and Civil Case Cover Sheet Addendum and Statement of Location, a true and correct copy of which is attached to this Notice of Removal as Exhibit 4.

///

3

7.    No proceedings have occurred in the Superior Court in the Action of which Sony Music has knowledge prior to its removal of the Action.  A true and correct copy of the Superior Court's online docket in the Action as of the filing of this Notice of Removal is attached to this Notice of Removal as Exhibit 5.

**WHEREFORE,** Sony Music hereby removes the Action, now pending in the Superior Court of the State of California, County of Los Angeles, Central District, Case No. 25STCV35739, to this United States District Court for the Central District of California, which is the judicial district in which the action is pending, pursuant to 28 U.S.C. §§ 1441 and 1446.  Pursuant to 28 U.S.C. § 1446(b), a copy of this Notice of Removal will be filed promptly in the Superior Court.

Dated: January 9, 2026

_____/s/ Peter Anderson_____
Peter Anderson, Esq.
DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant
SONY MUSIC ENTERTAINMENT