Peter Anderson, Esq. (Cal. Bar No. 88891)
  peteranderson@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California  90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendant
SONY MUSIC ENTERTAINMENT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| LOS LOBOS, a California partnership, | Case No. 2:26-cv-00218 FMO (PDx) |
| Plaintiff, | ANSWER TO COMPLAINT |
| vs. | |
| SONY MUSIC ENTERTAINMENT, a Delaware corporation d/b/a Sony Masterworks and Milan Entertainment; and DOE 1 through DOE 2, inclusive, | |
| Defendant. | |

Defendant Sony Music Entertainment ("Defendant") answers the Complaint of plaintiff Los Lobos ("Plaintiff") as follows:

# "I

## "GENERAL ALLEGATIONS"[1]

1. Answering paragraph 1 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations in that paragraph are deemed to be allegations of fact, Defendant admits that Plaintiff contends it is the musical group and partnership known as Los Lobos, with the alleged partners, and lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations contained therein and, on that basis, denies those allegations.

2. Answering paragraph 2 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations in that paragraph are deemed to be allegations of fact, Defendant denies it is a corporation organized under the laws of the State of Delaware, admits that it or unincorporated divisions of it may do business as Sony Music Masterworks and/or Milan Records, and denies each and every remaining allegation contained therein.

3. Answering paragraph 3 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations in that paragraph are deemed to be allegations of fact, Defendant denies having injured or damaged Plaintiff, and lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations contained therein and, on that basis, denies those allegations.

///

---

[1] Defendant includes the section headings from the Complaint in this Answer purely for ease of organization; to the extent those headings include any allegations of fact, Defendant denies each and every allegation thereof.

4. Answering paragraph 4 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations in that paragraph are deemed to be allegations of fact, Defendant admits that Defendant does not dispute venue in this action in the County of Los Angeles, State of California, and Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations contained therein and, on that basis, denies those allegations.

"II

"**FIRST CAUSE OF ACTION**

**FOR BREACH OF CONTRACT**

**(Against Defendant and DOE 1 through DOE 10)**"

5. Answering paragraph 5 of the Complaint, Defendant repeats and realleges its responses set forth above in paragraphs 1 through 4 as if fully set forth herein.

6. Answering paragraph 6 of the Complaint, Defendant admits that Los Lobos is a musical group, and lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations contained therein and, on that basis, denies those allegations.

7. Answering paragraph 7 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations in that paragraph are deemed to be allegations of fact, Defendant admits that a written Artist/Composer Deal Memorandum dated as of October 15, 1993, is a attached to the copy of Plaintiff's Complaint that Defendant received, and lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations contained therein and, on that basis, denies those allegations.

8. Answering paragraph 8 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto;

1  to the extent the allegations in that paragraph are deemed to be allegations of fact,
2  Defendant lacks knowledge or information sufficient to form a belief as to the truth or
3  falsity of the allegations contained therein and, on that basis, denies those allegations.
4      9. Answering paragraph 9 of the Complaint, to the extent the allegations
5  contained therein allege conclusions of law, Defendant is not required to plead thereto;
6  to the extent the allegations in that paragraph are deemed to be allegations of fact,
7  Defendant admits that some of the quoting language appears in the attached written
8  Artist/Composer Deal Memorandum dated as of October 15, 1993, alleges that
9  additional material terms appear in that written Artist/Composer Deal Memorandum,
10 and lacks knowledge or information sufficient to form a belief as to the truth or falsity
11 of the remaining allegations contained therein and, on that basis, denies those
12 allegations.
13     10. Answering paragraph 10 of the Complaint, Defendant admits that the
14 company formally known as Columbia Pictures Industries, Inc., is indirectly related
15 to Defendant's corporate parent, and lacks knowledge or information sufficient to
16 form a belief as to the truth or falsity of the allegations contained therein and, on that
17 basis, denies those allegations.
18     11. Answering paragraph 11 of the Complaint, to the extent the allegations
19 contained therein allege conclusions of law, Defendant is not required to plead thereto;
20 to the extent the allegations in that paragraph are deemed to be allegations of fact,
21 Defendant admits that Defendant is the copyright claimant under the certificate of
22 registration referenced therein, and lacks knowledge or information sufficient to form
23 a belief as to the truth or falsity of the remaining allegations contained therein and, on
24 that basis, denies those allegations.
25     12. Answering paragraph 12 of the Complaint, Defendant lacks knowledge
26 or information sufficient to form a belief as to the truth or falsity of the allegations
27 contained therein and, on that basis, denies those allegations.
28 ///

1    13.    Answering paragraph 13 of the Complaint, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies those allegations.

14.    Answering paragraph 14 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations in that paragraph are deemed to be allegations of fact, Defendant admits that Defendant acquired the company referred to as Milan Entertainment, Inc., and lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations contained therein and, on that basis, denies those remaining allegations.

15.    Answering paragraph 15 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations in that paragraph are deemed to be allegations of fact, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies those allegations.

16.    Answering paragraph 16 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations in that paragraph are deemed to be allegations of fact, Defendant denies any intentional or willful failure to pay royalties after the acquisition of the company referred to as Milan Entertainment, Inc., and Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations contained therein and, on that basis, denies those allegations.

17.    Answering paragraph 17 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations in that paragraph are deemed to be allegations of fact, Defendant denies any intentional or willful failure to pay royalties after the acquisition of the company referred to as Milan Entertainment, Inc., and Defendant lacks

///

1 | knowledge or information sufficient to form a belief as to the truth or falsity of the
2 | remaining allegations contained therein and, on that basis, denies those allegations.
3 |     18.    Answering paragraph 18 of the Complaint, to the extent the allegations
4 | contained therein allege conclusions of law, Defendant is not required to plead thereto;
5 | to the extent the allegations in that paragraph are deemed to be allegations of fact,
6 | Defendant denies any intentional or willful failure to pay royalties after the acquisition
7 | of the company referred to as Milan Entertainment, Inc., and Defendant lacks
8 | knowledge or information sufficient to form a belief as to the truth or falsity of the
9 | remaining allegations contained therein and, on that basis, denies those allegations.
10 |     19.    Answering paragraph 19 of the Complaint, to the extent the allegations
11 | contained therein allege conclusions of law, Defendant is not required to plead thereto;
12 | to the extent the allegations in that paragraph are deemed to be allegations of fact,
13 | Defendant lacks knowledge or information sufficient to form a belief as to the truth or
14 | falsity of the allegations contained therein and, on that basis, denies those allegations.
15 |     20.    Answering paragraph 20 of the Complaint, to the extent the allegations
16 | contained therein allege conclusions of law, Defendant is not required to plead thereto;
17 | to the extent the allegations in that paragraph are deemed to be allegations of fact,
18 | Defendant denies the allegations contained therein.
19 |     21.    Answering paragraph 21 of the Complaint, to the extent the allegations
20 | contained therein allege conclusions of law, Defendant is not required to plead thereto;
21 | to the extent the allegations in that paragraph are deemed to be allegations of fact,
22 | Defendant denies the allegations contained therein.
23 |     22.    Answering paragraph 22 of the Complaint, to the extent the allegations
24 | contained therein allege conclusions of law, Defendant is not required to plead thereto;
25 | to the extent the allegations in that paragraph are deemed to be allegations of fact,
26 | Defendant lacks knowledge or information sufficient to form a belief as to the truth or
27 | falsity of the allegations contained therein and, on that basis, denies those allegations.
28 | ///

1  23. Answering paragraph 23 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations in that paragraph are deemed to be allegations of fact, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies those allegations.

24. Answering paragraph 24 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations in that paragraph are deemed to be allegations of fact, Defendant denies those allegations.

"III

"**SECOND CAUSE OF ACTION**

**FOR AN ACCOUNTING**

**(Against Defendant Sony and DOE 1 through 15**)"

25. Answering paragraph 25 of the Complaint, Defendant repeats and realleges its responses set forth above in paragraphs 1 through 4 and 6 through 24, inclusive, as if fully set forth herein.

26. Answering paragraph 26 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations in that paragraph are deemed to be allegations of fact, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies those allegations.

27. Answering paragraph 27 of the Complaint, Defendant denies the allegations contained therein.

28. Answering paragraph 28 of the Complaint, Defendant denies the allegations contained therein.

///

///

///

## FIRST AFFIRMATIVE DEFENSE[2]
## (Failure to State a Claim)

29. Plaintiff's Complaint fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE
## (Statute of Limitations)

30. Plaintiff's claims and/or the remedies Plaintiff seeks are barred in whole or part by statutes of limitation, including but not limited to California Code of Civil Procedure Sections 337(a), 338(a), and/or 343.

## THIRD AFFIRMATIVE DEFENSE
## (Payment)

31. Plaintiff's claims and/or the remedies Plaintiff seeks are barred in whole or part by prior payment.

## FOURTH AFFIRMATIVE DEFENSE
## (Contractual Deductions and Provisions)

32. Plaintiff's claims and/or the remedies Plaintiff seeks are barred in whole or part by provisions of the written Artist/Composer Deal Memorandum dated as of October 15, 1993, including but not limited to the reductions, deductions, and category variations provided for therein.

## FIFTH AFFIRMATIVE DEFENSE
## (Laches and/or Estoppel)

33. Plaintiff's claims and/or the remedies Plaintiff seeks are barred in whole or part by the doctrines of laches and/or estoppel.

34. Defendant reserves the right to assert additional affirmative defenses if discovery or Defendant's investigation reveals grounds for the assertion of the

---

[2] To the extent that the burden of proof of any matter raised or mentioned in the following defenses lies with Plaintiff, Defendant raise the defense out of an abundance of caution and do not thereby assume that burden of proof.

7

1 additional defenses, including without limitation affirmative defenses that are
2 referenced in Rule 8(c) of the Federal Rules of Civil Procedure or are otherwise
3 available under applicable law.

## PRAYER FOR RELIEF

**WHEREFORE**, Defendant Sony Music Entertainment prays for judgment as follows:

1. That Plaintiff take nothing by way of his Complaint and that the Complaint be dismissed, with prejudice;

2. That Defendant be awarded its costs and, to the extent permitted by law, its attorneys' fees; and

3. For such other and further relief as the Court deems just and proper.

Dated: February 17, 2026

        /s/ Peter Anderson
Peter Anderson, Esq.
DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant
SONY MUSIC ENTERTAINMENT