**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOS LOBOS, | CASE NUMBER |
| PLAINTIFF(S) v. | CV 26-00218 FMO (PDx) |
| SONY MUSIC ENTERTAINMENT, et al., | **ORDER TRANSFERRING CIVIL ACTION** |
| DEFENDANT(S). | |

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, IT IS HEREBY ORDERED that the above-entitled civil action be transferred to the calendar of Judge

GEORGE WU                         for all further proceedings.

| April 17, 2026 | /s/  Fernando M. Olguin |
|---|---|
| Date | United States District Judge |

| April 17, 2026 | _George H. Wu_ |
|---|---|
| Date | United States District Judge |

**NOTICE TO COUNSEL FROM CLERK**

On all documents subsequently filed in this case, please substitute the initials ___GW___ after the case number, so that the case number will read ___2:26-cv-00218-GW-PDx___. This is very important because documents are routed to the assigned judge by means of these initials.

cc:   ☐ *Previous Judge*   ☐ *Statistics Clerk*

CV-29 (06/23)                              **ORDER TRANSFERRING CIVIL ACTION**