Peter Anderson, Esq. (Cal. Bar No. 88891)
peteranderson@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendant
SONY MUSIC ENTERTAINMENT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| LOS LOBOS, *etc.*,<br><br>Plaintiff,<br><br>vs.<br><br>SONY MUSIC ENTERTAINMENT, *etc.*, *et al.*,<br><br>Defendants. | Case No. 2:26-cv-00218 GW (PDx)<br><br>STIPULATION FOR DISMISSAL OF ACTION IN ITS ENTIRETY, WITH PREJUDICE<br><br>[*Proposed*] Order Filed Concurrently Herewith |

**STIPULATION TO DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Los Lobos and defendant Sony Music Entertainment, through their respective attorneys of record, stipulate to the entry of the accompanying Order dismissing this action, in its entirety, with prejudice and with plaintiff and defendant to bear their respective attorneys' fees and costs.

**SO STIPULATED**

Dated: 08/21/2026

/s/ Evan S. Cohen
Evan S. Cohen, Esq.
COHEN MUSIC LAW
&
Bridget B. Hirsch, Esq.
BYRNES HIRSCH P.C.
Attorneys for Plaintiff
LOS LOBOS

Dated: 08/21/2026

/s/ Peter Anderson
Peter Anderson, Esq.
DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant
SONY MUSIC ENTERTAINMENT

**Attestation Regarding Signatures**

The filer of this document attests that all signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.