JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| LOS LOBOS, *etc.*,<br>Plaintiff,<br>vs.<br>SONY MUSIC ENTERTAINMENT, *etc.*, *et al.*,<br>Defendants. | Case No. CV 26-218-GW-PDx<br><br>ORDER DISMISSING ACTION IN ITS ENTIRETY, WITH PREJUDICE |

**ORDER**

Pursuant to the parties' Stipulation, this action is hereby dismissed, in its entirety and with prejudice, each party to bear its respective attorney's fees and costs.

Dated: August 21, 2026

HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE